IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vetrica Navigation Co., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION _____ |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Shebah Exploration & Production Company Ltd. § | |
| § | |
| Salvic Petroleum Resources Ltd., § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| Network Solutions, LLC, § | |
| § | |
| GoDaddy.com, LLC § | |
| § | |
| Garnishees. § | |

## **DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Vetrica Navigation Co. states its parent corporation is Avin International Limited. Avin International Limited is not a publicly traded corporation and does have a financial interest in the outcome of this litigation.

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Timothy Jay Houseal*
        Timothy Jay Houseal (Del. Bar ID No. 2880)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6682
        thouseal@ycst.com

        Counsel for Vetrica Navigation Co.

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP

201 International Circle, Ste. 250
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:      (410) 510-1789
jssimms@simmsshowers.com

Dated:  February 19, 2020