IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vetrica Navigation Co., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO: 20-236-LPS |
| vs. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Shebah Exploration & Production Company Ltd. § | |
| § | |
| Salvic Petroleum Resources Ltd., *et al.*, § | |
| § | |
| Defendants and Garnishees. § | |

## FINAL JUDGMENT AGAINST
## GARNISHEE GODADDY.COM, LLC

This matter is before the Court on the Process of Maritime Attachment and Garnishment ("Writ") issued to Garnishee GoDaddy.com, LLC and served on Corporation Service Company, Registered Agent for GoDaddy.com, on GoDaddy.com's Answer [ECF 14], and Plaintiff Vetrica Navigation Co.'s Motion for Judgment on Confession (Answer) of Garnishee GoDaddy.com, LLC.

Garnishee GoDaddy.com, LLC has confessed that it is the domain registrar for the domain name salvicpetroleum.com, and that the customer account with this registration holds a total of twenty (20) domain name registrations.

Accordingly, upon consideration, it is hereby **ORDERED** and this Court **ENTERS JUDGMENT** as follows:

Within ten (10) days of this Order and Judgment, Garnishee GoDaddy.com, LLC, will transfer to Vetrica Navigation Co. ownership of domain name salvicpetroleum.com and twenty

/

(20) domain name registrations, and all data and information held on behalf of defendant Salvic Petroleum Resources Ltd.

DONE AND ORDERED this 26th day of April, 2021.

_____
LEONARD P. STARK
CHIEF UNITED STATES DISTRICT JUDGE